1 | Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
2 | Santa Cruz CA 95060

3 | Telephone (831) 425-8000

4 | Attorney for: Defendant ROBERTO ARGUELLES-FERNANDEZ

5

6

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
| **SAN JOSE DIVISION**
11

12 | UNITED STATES OF AMERICA,               )   No.  11-70785 HRL
                                          )
13 |              Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER CONTINUING STATUS**
14 |                                        )   **HEARING DATE**
              vs.                         )
15 |                                        )
                                          )
16 | ROBERTO ARGUELLES-FERNANDEZ,           )
                                          )
17 |              Defendant.                )
                                          )
18 |  _____  )

19

20

21 |         The United States of America, by Susan Knight,

22 | Assistant United States Attorney, and the defendant in the above

23 | case, by and through his attorney Peter A. Leeming, hereby enter

24 | into this joint stipulation.

25
          The parties stipulate, and ask the Court to adopt as its
26
   FINDINGS that:
27

28

Joint Stipulation and ~~Proposed~~ Order continuing status conference [ROBERTO ARGUELLES-FERNANDEZ]       -1-

1    1.    This case is currently set for a status conference on

2  August 11, 2011 at 9:30 A.M.   Through this stipulation, the

3  parties are requesting that the sentencing hearing be continued

4  until August 12, 2011, at 1:30 P.M.

5    2.    Counsel for Mr. Arguelles-Fernandez, Peter A. Leeming,

6  is scheduled to be in state court on August 11, 2011.   In

7  addition, the plea agreement that has been circulated between

8  and approved by the parties still needs to be approved by the

9  United States Attorney's office in San Francisco.   Both the

10  United States and counsel for Mr. Arguelles-Fernandez are

11  hopeful that this process will be complete by Friday, August 12.

12    3.    Both sides therefore respectfully request that the

13  court order that the current status conference date of August 11

14  be continued to August 12, 2011 at 1:30 PM, and

15          IT IS SO STIPULATED

16          Dated: August 10, 2011    By:_____/S/_____
                                       SUSAN KNIGHT, Assistant United
                                       States Attorney

17

18

19

20          Dated: August 10, 2011    By:_____/S/_____
                                       PETER A. LEEMING, Attorney for
                                       ROBERTO ARGUELLES-FERNANDEZ

Joint Stipulation and ~~Proposed~~ Order continuing status conference [ROBERTO ARGUELLES-FERNANDEZ]     -2-

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 11-70785 HRL |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| vs. | ) |
| ROBERTO ARGUELLES-FERNANDEZ, | ) |
| Defendant | ) |

**ORDER**

For the reasons stated in the above stipulation, the Court hereby orders that the status conference hearing in the above case is continued from August 11, 2011 to August 12, 2011 at 1:30 PM.

IT IS SO ORDERED.

Dated: August 10, 2011        _____
                              United States Magistrate Judge